UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MAZEL ON DEL LLC,<br><br>                         Debtor. | Case No. 23-35658-cgm<br><br>Chapter 11 |

**ORDER GRANTING IMMEDIATE AND PROSPECTIVE RELIEF FROM THE**
**AUTOMATIC STAY AND DISMISSING THE INSTANT CASE WITH PREJUDICE**

WHEREAS, the Debtor Mazel on Del LLC (the "**Debtor**") filed a petition for relief under title 11 of the United States Bankruptcy Code (the "**Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on August 9, 2023 (the "**Petition Date**");

WHEREAS, U.S. Bank National Association, as Trustee for the Registered Holders of J.P Morgan Chase Commercial Mortgage Securities Corp. Multifamily Mortgage Pass-Through Certificates, Series 2019-SB58 ("**Lender**") is a secured creditor and holder of a first-priority lien against real property identified as:

46466587.1

ALL that tract or parcel of land, situate in the City of Buffalo, County of Erie and State of New York, and as shown on a Subdivision Map of part of Lot No. 45, Township 11, Range 8 of the Holland Land Company's Survey and filed in the Erie County Clerk's Office under Cover No. 1187 and indicated thereon as "Central Park Annex" and described as follows:

BEGINNING at a point in the southeasterly line of Main Street at its intersection with the northeasterly line of East Morris Avenue;

THENCE northeasterly along the southeasterly line of Main Street 110.83 feet;

THENCE southeasterly and at right angles with the southeasterly line of Main Street 120 feet;

THENCE southwesterly
parallel with the southeasterly line of Main Street 110.83 feet to the northeasterly line of East Morris Avenue;

THENCE northwesterly along the northeasterly line of
East Morris Avenue 120 feet to the southeasterly line of Main Street at the point of BEGINNING.

FOR INFORMATION ONLY:
Property Address: 2763 Main Street, Buffalo, NY
Sec: 90.21 Block: 3 Lot: 1

and commonly known as **2763 Main Street, Buffalo, New York** (the "**Property**").

WHEREAS, Lender filed a motion (the "**Motion**") pursuant to 11 U.S. Code § 362(d)(4) and 1112(b) for an order: (i) granting immediate and prospective relief from the automatic stay under 362(d)(4) of the Code, such that any future filings under the Code by Mazel on Del LLC, the Debtor, or any other person or entity claiming an interest in the Property, shall not operate as a stay to the Lender's enforcement of its rights in, and to, the Property and; (ii) dismissing the case, for cause with prejudice, pursuant to 1112(b);

WHEREAS, the Motion was duly filed, served and noticed to all parties in interest, including but not limited to the Debtor, Debtor's counsel, the United States Trustee, and no further notice or service is necessary;

It is hereby:

**ORDERED**, that Lender's Motion is granted as set forth herein; and it is further

46466587.1

**ORDERED**, that the Debtor's above captioned bankruptcy matter be dismissed for cause pursuant to 1112(b) of the Bankruptcy Code with prejudice for a period of two (2) years after entry of this Order; and it is further

**ORDERED**, that the automatic stay imposed in this Chapter 11 case pursuant to 11 U.S.C. § 362(a) is hereby lifted pursuant to 11 U.S.C. § 362(d)(4) to permit the Lender, its successor and/or assigns, to exercise all rights applicable to it with respect the Property, including, but not limited to enforcement of its rights in the Foreclosure Action and the Receiver's takeover of the Property; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d)(4) that the automatic stay is lifted as to the Property, and if this Order is recorded in compliance with applicable state laws governing notices of interests or liens in real property, it shall be binding in any future bankruptcy case affecting the Property for a period of two (2) years after the date of entry of this Order; and it is further

**ORDERED**, that the fourteen (14) day stay imposed by Fed. R. Bankr. P. 4001(a)(3) be, and is hereby waived, such that any stay otherwise applicable to this Order provided by the Bankruptcy Rules or other applicable law shall not apply to this Order and this Order shall be effective and enforceable immediately upon entry; and it is further

**ORDERED** that the Bankruptcy Court shall retain jurisdiction over this Order and any interpretation or enforcement thereof.

/s/ Cecelia G. Morris

**Dated: September 18, 2023**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

46466587.1